
MINUTE ENTRY
VIAL LEMMON, J.
AUGUST 25, 2010

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

SYLVIA A. WELLS ET AL                              CIVIL ACTION

VERSUS                                             NO. 07-9488

CITY OF NEW ORLEANS ET AL                          SECTION "S"


             JUDGE MARY ANN VIAL LEMMON, PRESIDING


**WEDNESDAY, AUGUST 25, 2010 AT 10:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cindy Usner

APPEARANCES:    Gary W. Bizal, and Stephen J. Haedicke for plaintiffs
                Franz Zibilich, James B. Mullaly, and Nolan Lambert for the defendants

**MOTION OF DEFENDANTS IN LIMINE (#94)**

**MOTION OF PLAINTIFFS FOR RECONSIDERATION (#96)**

The motion of defendants in limine was granted. No reference is to be made that the defendant Anthony Villavaso is incarcerated.

The motion of plaintiffs for reconsideration was denied as to the use of evidence regarding the Danziger Bridge incident against the individual defendants and granted as to a bifurcation of the trial. The trial will proceed as follows:

    Phase 1: The jury will decide the liability of the individual defendants for the plaintiffs' constitutional and state law tort claims.

    Phase 2: The plaintiffs' negligent retention claims against the city, the compensatory claims, and the punitive and compensatory damages as to any individual defendant found liable in Phase 1 will be presented to the jury. The use of evidence in Phase 2 regarding the Danziger Brige incident will be addressed as the issue arises at the trial.

Plaintiffs stipulated to dismiss the claims of Sylvia Wells because she has no cause of action as the victim's mother in the presence of the victim's children.

Plaintiffs stipulated that the decedent's major children are not entitled to claims for loss of support or funeral or medical bills.

Plaintiffs stipulated that the surviving children do not have a cause of action for intentional infliction of emotional distress on them.

The following additional stipulations were entered:

> The amount of funeral and medical expenses will be paid if liability is found.
>
> The city will be responsible for any state law tort awards against any of the individual defendants.
>
> Exhibits 24 through 33 listed in the Pre-Trial Order will not be admitted at trial.
>
> The counterclaim of David Ogozalek against the plaintiffs is severed from the case.
>
> The decedent is the father of the four children.

Counsel were instructed to submit proposed jury charges and jury interrogatories for the bifurcated trial no later than August 26, 2010.

A conference will be held on August 27, 2010 at 9:00 a.m. to further discuss trial preparations.

JS-10: 1:31